10 CV 6358

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x

CARRET (BEIJING) INVESTMENT )
MANAGEMENT AND ADVISORY )
COMPANY LTD. and CARRET CHINA )
OPPORTUNITY INVESTMENT )
COMPANY LTD. )
)
                Plaintiffs, )
)
      -against- )
)
YU XIAOHONG (a/k/a Sean Yu) and )
SONG LIQIANG (a/k/a Li Song), )
)
                Defendants. )

------------------------------------------------------- x

No. 10 Civ. 06358 (NRB)

**DISCLOSURE STATEMENT**
**PURSUANT TO RULE 7.1**



ECF CASE

New York, New York

      Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Plaintiffs (both private non-governmental parties) certifies that Plaintiff Carret (Beijing) Investment Management and Advisory Company, Ltd. is a wholly owned subsidiary of Carret Holdings (BVI), Inc., and that Plaintiff Carret China Opportunity Investment Company Ltd. is a wholly owned subsidiary of Carret Holdings (BVI), Inc.

Date: August 24, 2010

Respectfully submitted:

*/s/ Geoffrey Stewart*

Geoffrey Stewart
Tracy V. Schaffer
JONES DAY
222 East 41st Street
New York, NY 10017-6702
Telephone: (212) 326-3939
Facsimile:  (212) 755-3706
E-mail:
*Attorneys for Plaintiff Carret Beijing Investment Management and Advisory Company, Ltd.*